The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERESA SHORTMAN, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PRESS GANEY ASSOCIATES LLC, an Indiana Limited Liability Company,<br><br>Defendant. | No. 3:20-cv-05410-BHS<br><br>DEFENDANT PRESS GANEY ASSOCIATES LLC'S OFFER OF JUDGMENT AND PROOF OF SERVICE<br><br>**CLERK'S ACTION REQUIRED** |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendant Press Ganey Associates LLC, through its undersigned counsel, provides notice of Defendant's Offer of Judgment to Plaintiff dated August 17, 2020, attached hereto as Exhibit A, which was served on Plaintiff that same date.

Respectfully submitted this 25th day of August, 2020.

By *s/ Jeffrey E. Ostrow*
Kenneth E. Payson, WSBA #26369
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com

Jeffrey E. Ostrow (admitted *pro hac vice*)
Jonathan Sanders (admitted *pro hac vice*)

OFFER OF JUDGMENT
AND PROOF OF SERVICE
(3:20-cv-05410-BHS) - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Simpson Thacher & Bartlett LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
jostrow@stblaw.com
jsanders@stblaw.com

*Attorneys for Defendant*
*PRESS GANEY ASSOCIATES LLC*

OFFER OF JUDGMENT
AND PROOF OF SERVICE
(3:20-cv-05410-BHS) - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 25, 2020, I filed the foregoing document electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record in this matter through the CM/ECF system.

DATED this 25th day of August, 2020.

*s/ Jeffrey E. Ostrow*
Jeffrey E. Ostrow (admitted *pro hac vice*)

OFFER OF JUDGMENT
AND PROOF OF SERVICE
(3:20-cv-05410-BHS) - 3