# EXHIBIT A

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERESA SHORTMAN, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRESS GANEY ASSOCIATES LLC, an Indiana Limited Liability Company,<br><br>　　　　　Defendant. | No. 3:20-cv-05410-BHS<br><br>DEFENDANT PRESS GANEY ASSOCIATES LLC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 |

TO:　　PLAINTIFF THERESA SHORTMAN AND HER ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE THAT Defendant Press Ganey Associates LLC ("Defendant") hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure, as follows: a judgment in favor of Plaintiff Theresa Shortman ("Plaintiff") and against Defendant, in the sum of $650.00 (six hundred fifty dollars).  This shall be the total amount to be paid by Defendant on account of any and all liability claimed in this action, including all costs of suit and attorney's fees otherwise recoverable in this action by Plaintiff, as well as any claimed interest.  This offer of judgment is intended to resolve all of Plaintiff's claims in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses, and costs of suit.

OFFER OF JUDGMENT
(3:20-cv-05410-BHS)　　　　　- 1 -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

This offer of judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine the reasonableness hereof.

If Plaintiff does not accept this offer, she may become obligated to pay Defendant's costs incurred after the making of this offer in the event that Plaintiff does not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer is not to be construed in any way as an admission of liability by the Defendant or that Plaintiff has suffered any damage, but rather is made solely for the purpose of compromising a disputed claim.

DATED this 17th day of August, 2020.

By *s/ Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com

Jeffrey E. Ostrow (*pro hac vice* forthcoming)
Jonathan Sanders (*pro hac vice* forthcoming)
Simpson Thacher & Bartlett LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
jostrow@stblaw.com
jsanders@stblaw.com

*Attorneys for Defendant*
*PRESS GANEY ASSOCIATES LLC*

OFFER OF JUDGMENT
(3:20-cv-05410-BHS) - 2 -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax