UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THERESA SHORTMAN, individually and as the representative of a class of similarly situated persons,

    Plaintiff,

v.

PRESS GANEY ASSOCIATES LLC, an Indiana limited liability company,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO. CV20-5410BHS

___ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    The Court has ordered that, pursuant to Plaintiff's acceptance of Defendant's Rule 68 offer of judgment, judgment is entered in favor of Plaintiff Theresa Shortman against Defendant Press Ganey Associates LLC, in the amount of $650.00.

    Dated this 31st day of August 2020.

                              William M. McCool
                              Clerk of Court

                              Gretchen Craft
                              Deputy Clerk

Judgment